991 A.2d 881

**COMMONWEALTH of Pennsylvania ex rel. Michael John PISKANIN, Petitioner**

v.

**Kenneth P. CAMERON, as Superintendent SCI Cresson, Respondents.**

**No. 169 EM 2009.**

Supreme Court of Pennsylvania.

March 30, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of March, 2010, the Petition for Extraordinary Relief is **DENIED.**

991 A.2d 882

**McGARRITY, Respondent**

v.

**PRATER, Petitioner.**

**No. 172 EM 2009.**

Supreme Court of Pennsylvania.

March 30, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 30th day of March, 2010, the Petition for Extension of Time to File Petition for Review is **DENIED.**